

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 30, 2022

By ECF
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
New York, New York 10007

  Re: <u>United States</u> v. <u>Joseph Hunter, *et al.*</u>, 13 Cr. 521 (RA)

Dear Judge Abrams:

  The parties jointly write to provide a second update to the Court regarding a resentencing date.

  With respect to Mr. Stillwell, the parties request that the Probation Department be directed to prepare a revised Presentence Investigation Report that includes an updated Guidelines analysis, new medical information for Mr. Stillwell since his sentencing, and an updated recommended sentence. The parties propose a sentencing date for sometime in October, with the defense submission due two weeks prior to sentencing, and the Government's submission due one week prior to sentencing.

  With respect to Mr. Hunter, counsel have not yet had an opportunity to confer with him because he is in transit to New York. With respect to Mr. Samia, counsel have not yet had an opportunity to confer with him to determine whether he wishes to continue to be represented by them. Accordingly, the parties propose that they submit an update with respect to Mr. Samia and Mr. Hunter within three weeks, by July 21, 2022.

          Respectfully submitted,

          DAMIAN WILLIAMS
          United States Attorney

       By:    /s/
          Rebekah Donaleski
          Nicolas Bradley
          Assistant United States Attorney
          (212) 637-2423

Cc: Defense Counsel
   (Via ECF)